STATE of Missouri, Respondent,

v.

Llkeesha Leann GRAHAM, Appellant.

WD 76473

Missouri Court of Appeals,
Western District.

FILED: February 3, 2015

Andrew C. Hooper, Jefferson City, MO for respondent.

Margaret M. Johnston, Columbia, MO for appellant.

Before Division One: Thomas H. Newton, Presiding Judge, Lisa White Hardwick and Anthony Rex Gabbert, Judges

### ORDER

Per Curiam

Llkeesha Graham appeals her convictions for fraudulent use of a debit device in violation of section 570.130, RSMo Supp. 2009, and stealing in violation of section 570.030, RSMo Supp. 2003. Graham contends the trial court erred in admitting evidence of other uncharged acts. For reasons explained in a Memorandum provided to the parties, we find no error and affirm Graham's convictions. Judgment affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Ralondo D. WHEELER, Appellant.

WD 76905

Missouri Court of Appeals,
Western District.

ORDER FILED: February 3, 2015

Susan Hogan, Kansas City, MO, Counsel for Appellant

Robert Bartholomew, Jr., Jefferson City, MO, Counsel for Respondent

Before Division One: Cynthia L. Martin, P.J., Thomas H. Newton, and Mark D. Pfeiffer, JJ.

### ORDER

Per Curiam:

Mr. Ralondo D. Wheeler appeals the convictions of first-degree assault of a law enforcement officer, § 565.081, and armed criminal action, § 571.015.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).